# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD ALLEN MATHIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-cv-00396-JPG |
| ) | |
| MARTHA MARKEE, et al, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM & ORDER

**GILBERT, District Judge:**

On April 25, 2019, this Court sent a letter to Plaintiff concerning this action (Doc. 8). The letter was mailed to Plaintiff at the address on file with the Clerk's Office in this action – Marion U.S. Penitentiary, P.O. Box 1000, Marion, IL 62959.

On May 9, 2019, the letter was returned to this Court with a forwarding address of 672 South Main Street, Walcott, Iowa and marked as undeliverable to this address. Furthermore, the BOP's website[1] provides that Plaintiff was released on April 9, 2019. Plaintiff is **ADVISED** that he is under a continuing obligation to keep the Clerk and each opposing party informed of any change in his address, and the Court will not independently investigate Plaintiff's whereabouts. Notification to the Court of any address change shall be made in writing no later than seven days after a transfer or other change in address occurs. Plaintiff previously was advised of this obligation in a letter from the Clerk of Court dated April 10, 2019 (Doc. 5). That letter apparently reached Plaintiff, as it was not returned to the Clerk's Office of this Court.

Plaintiff is **ORDERED** to provide the Court with his current address within 30 days of the

---

[1] *See* https://www.bop.gov/inmateloc/ (last visited on May 20, 2019).

1

date of entry of this Order (on or before **June 20, 2019**). Failure to comply with this Order may **result in dismissal** of this action for want of prosecution under Federal Rule of Civil Procedure 41(b).

The Clerk of Court is **DIRECTED** to mail Document 8 and this Order to: 672 South Main Street, Walcott, Iowa, 52773, Plaintiff's last known address.

**IT IS SO ORDERED**.

**DATED: 5/21/2019**

                                                      s/J. Phil Gilbert
                                                    **J. PHIL GILBERT**
                                                    **United States District Judge**